IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES A. PROVITT,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5903** |
| | : | |
| **SGT TERRA, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 28th day of July 2026, upon consideration of the Motion to Dismiss filed by Defendants Anthony Letizio, Ruqiyya Greer, and Jacqueline Wood (the "Wellpath Defendants") (ECF No. 26), the Motion to Partially Dismiss filed by Defendants Sgt. McCusker, Lt. Terra, Lt. Potoski, Unit Manager Murphy, C.O. Hill, C.O. Harris, R.N. Supervisor Caligiuri, C.O. Gajewski, C.O. Jenkins, and C.O. Campbell (the "DOC Defendants") (ECF No. 35), Plaintiff James A. Provitt's responses thereto (ECF Nos. 37, 39), and the Wellpath Defendants' Reply thereupon (ECF No. 38), it is **ORDERED** that:

1. The Wellpath Defendants' Motion to Dismiss (ECF No. 26) is **GRANTED** in part, to the extent that it seeks dismissal of claims against Defendant Wood, and **DENIED** in all other respects.

2. The Clerk of Court is **DIRECTED** to **TERMINATE** "Adm Jackie Wood" as a Defendant in this action.

3. The Clerk of Court is **DIRECTED** to **AMEND** the docket text to change the name "Dr. Grier" to "Ruqiyya Greer, CRNP."

4. The DOC Defendants' Motion to Partially Dismiss (ECF No. 35) is **GRANTED**. Provitt's claims against the DOC Defendants in their official capacities are **DISMISSED**.

5. All remaining Defendants shall file responsive pleadings in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

*/s/ John Milton Younge*

**JOHN MILTON YOUNGE, J.**